# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 447 |
| | : | |
| APPOINTMENT TO MINOR JUDICIARY | : | MAGISTERIAL RULES DOCKET |
| EDUCATION BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of August, 2020, Kimberly Booth,* Allegheny County, is hereby appointed as a member of the Minor Judiciary Education Board, for a term expiring July 1, 2023.

* Lay-elector member